# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00460-CV
### NO. 03-25-00603-CV

---

**Venky Venkatraman, Appellant**

**v.**

**Board of Law Examiners, Appellee**

---

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-24-000808, THE HONORABLE LAURIE EISERLOH, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The above-referenced docket numbers arise from the same trial-court cause number. In the underlying case, appellant Venky Venkatraman sought judicial review of the appellee Board of Law Examiners' decision denying his petition for redetermination of the Board's prior decision to deny him admission to the Texas State Bar. In Docket No. 03-25-00460-CV, Venkatraman challenges the trial court's May 29, 2025 final order denying his petition for judicial review and affirming the Board's redetermination order. In Cause No. 03-25-00603-CV, Venkatraman challenges the trial court's August 8, 2025 "First Amended Order Dismissing Plaintiff's June 17, 2025 Emergency Motion" dismissing Venkatraman's motion for lack of subject-matter jurisdiction.

On its own motion, the Court consolidates for the purpose of hearing and decision the appeal in Docket No. 03-25-00460-CV with the appeal in Docket No. 03-25-00603-CV. The appellate record is complete in Docket No. 03-25-00603-CV and the clerk's record has been filed in 03-25-00460-CV. Venkatraman has filed his appellant's brief in Docket No. 03-25-00603-CV, concerning the trial court's dismissal for want of jurisdiction of his "First Amended Order Dismissing Plaintiff's June 17, 2025 Emergency Motion."

The clerk's record has been filed in Docket No. 03-25-00460-CV, but the reporter's record remains pending. All records filed to date in Docket No. 03-25-00460-CV shall be transferred to Docket No. 03-25-00603-CV. Upon filing of the requested reporter's record for Docket No. 03-25-00460-CV in the consolidated Docket No. 03-25-00603-CV, the appeal will follow a standard briefing schedule. The Court advises Venkatraman that after the pending reporter's record is filed in the consolidated case he need only file an appellant's brief challenging the trial court's May 29, 2025 final order. The Court will consider his appellant's brief filed in Docket No. 03-25-00603-CV challenging the dismissal for want of jurisdiction together with his appellant's brief challenging the final order. The Court requests that the Board of Law Examiners file one appellee's brief addressing both of Venkatraman's briefs and that Venkatraman file one reply brief. The consolidated appeal shall proceed under Docket No. 03-25-00603-CV, and Docket No. 03-25-00460-CV is hereby dismissed.

Before Justices Triana, Kelly, and Theofanis

03-25-00460-CV        Dismissed

03-25-00603-CV        Consolidated

Filed:   October 20, 2025